DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER PINHEIRO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2221

[October 23, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lorena Mastrarrigo, Judge; L.T. Case No. 20-008442-CF10A.

Christopher Pinheiro, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***